**(Official Form 1) (9/97)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois-Western Division | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Craft, Richard P. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Craft, Dawn M. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all):<br>XXX-XX-3914 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>XXX-XX-3204 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>121 North Governor Street<br>Sycamore, IL 60178 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>121 North Governor Street<br>Sycamore, IL 60178 |
| County of Residence or of the<br>Principal Place of Business:  DeKalb | County of Residence or of the<br>Principal Place of Business:  DeKalb |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
[✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
[✓] Individual(s)    [ ] Railroad
[ ] Corporation      [ ] Stockbroker
[ ] Partnership      [ ] Commodity Broker
[ ] Other _____

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
[ ] Chapter 7    [ ] Chapter 11    [✓] Chapter 13
[ ] Chapter 9    [ ] Chapter 12
[ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
[✓] Consumer/Non-Business    [ ] Business

**Filing Fee** (Check one box)
[✓] Full Filing Fee attached
[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
[ ] Debtor is a small business as defined in 11 U.S.C. § 101
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY
[✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

**This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack**

**(Official Form 1) (9/97)**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Richard P. Craft & Dawn M. Craft | **FORM B1,** Page 2 |

### Prior Bankruptcy Case Filed Within Last 6 Years  (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner of Affilite of this Debtor  (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)
RICHARD H. SCHMACK 3127667
Printed Name of Attorney for Debtor(s)
Schmack & Petruchius
Firm Name
584 West State Street
Address
  Sycamore, IL 60178

(815) 895-2074 Fax: (815) 899-3847
Telephone Number

_____
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS-WESTERN DIVISION**

In re Richard P. Craft, & Dawn M. Craft, his wife,
          Debtor

Case No. ___05 B___

Chapter ___Chapter 13___

**DISCLOSURE OF COMPENSATION - Rule 2016(b)**

RICHARD H. SCHMACK of SCHMACK & PETRUCHIUS pursuant to Bankruptcy Rule 2016(b) and 11 U.S.C. §329(a), states as follows:

1. During the one-year period prior to the filing of this case, the above-named debtor has paid to SCHMACK & PETRUCHIUS the sum of $495.00 and promised an additional $2,399.00 for services rendered and costs incurred in contemplation of and in connection with this case, and as a retainer which includes a filing fee of $194.00.

2. SCHMACK & PETRUCHIUS has not shared or agreed to share such compensation with any other person except as among its members.

DATED: _____

_____
RICHARD H. SCHMACK 3127667, a member of
SCHMACK & PETRUCHIUS
Attorneys for Debtor

Richard H. Schmack
Schmack & Petruchius
584 West State Street
Sycamore, IL 60178
(815) 895-2074
Fax: (815) 899-3847

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

IN RE:                              )
                                    )
RICHARD P. CRAFT, and               )
                                    )
DAWN M. CRAFT,                      )
            Debtors.                )      05 B _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: ____27____

The above-named Debtors hereby verifies that the list is true and correct to the best of our knowledge.

Dated: ____5/18/05____

_____
Richard P. Craft, Debtor

_____
Dawn M. Craft, Joint Debtor

Richard H. Schmack
Attorney Registration No.3127667
Schmack & Petruchius
Attorneys At Law
584 West State Street
Sycamore, IL 60178
Voice:  815•895•2074
Facsimile:  815•899•3847