# United States Bankruptcy Court
## of the
## Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: RICHARD P. CRAFT & DAWN M. CRAFT  Case Number: 05-72560
609 W. THIRD STREET
DIXON, IL 61021
SSN-xxx-xx-3914 & xxx-xx-3204

Case filed on: 5/19/2005
Plan Confirmed on: 8/19/2005

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $20,330.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | SCHMACK & PETRUCHIUS | 2,399.00 | 2,399.00 | 2,399.00 | 0.00 |
|  | Total Legal | 2,399.00 | 2,399.00 | 2,399.00 | 0.00 |
| 008 | C.B. ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ENCORE RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MALCOLM S. GERARD & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MEDICAL BUSINESS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MEDICAL RECOVERY SPECIALTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | PRESBREY & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | RPM, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | BUCHALTER NEMER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICHARD P. CRAFT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMC MORTGAGE SERVICES INC | 5,051.50 | 1,368.35 | 1,368.35 | 0.00 |
| 002 | CONSUMER PORTFOLIO SERVICES | 13,166.00 | 13,166.00 | 8,600.89 | 1,648.17 |
| 003 | WELLS FARGO AUTO FINANCE | 6,038.00 | 6,038.00 | 3,800.26 | 1,207.16 |
|  | Total Secured | 24,255.50 | 20,572.35 | 13,769.50 | 2,855.33 |
| 002 | CONSUMER PORTFOLIO SERVICES | 405.81 | 4.06 | 0.00 | 0.00 |
| 003 | WELLS FARGO AUTO FINANCE | 6,364.82 | 63.65 | 0.00 | 0.00 |
| 004 | AMERICAN NATIONAL BANK OF DEKALB CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASSOC IMAGING SPEC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASSOCIATES IN ORTHOPEDIC SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BELVIDERE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CHECK'N GO OF ILLINOIS INC | 621.00 | 6.21 | 0.00 | 0.00 |
| 011 | CITY OF SYCAMORE | 275.05 | 2.75 | 0.00 | 0.00 |
| 012 | COMCAST CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COMPREHENSIVE ORTHOPAEDICS | 20.00 | 0.20 | 0.00 | 0.00 |
| 015 | DIRECTV | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DIVYANG JOSHI A | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | DUANE PRIOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | HEIGHTS FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | HINSDALE ORTHOPEDICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ILLINOIS TITLE LOANS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | JOHN BONEWICZ | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | C.B. ACCOUNTS INC | 1,501.50 | 15.01 | 0.00 | 0.00 |
| 028 | NICOR GAS | 844.84 | 8.45 | 0.00 | 0.00 |
| 029 | NORTHERN IL CARDIOVASCULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | NORTHERN IL SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | NORTHERN IL REHABILATION & SPORTS MED | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | PATRICK CONNER | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | PROVENA ST. JOSEPH HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | MUTUAL MANAGEMENT SERVICES | 86.65 | 0.87 | 0.00 | 0.00 |
| 038 | RHS ANESTHESIA SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | SECURITY FINANCE | 443.63 | 4.44 | 0.00 | 0.00 |
| 041 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | SNAP ON CREDIT LLC | 1,384.14 | 13.84 | 0.00 | 0.00 |
| 043 | SOFT WATER CITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | STATE OF ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | SYCAMORE AUTO CENTER INC | 777.32 | 7.77 | 0.00 | 0.00 |

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

| | | | | | |
|---|---|---|---|---|---|
| 047 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | CENTER FOR SPORTS ORTHOPEDIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | UNITED ANESTHESIA ASSOCIATES SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | BASS & ASSOCIATES PC | 836.61 | 8.37 | 0.00 | 0.00 |
| 051 | AFNI/VERIZON | 489.85 | 4.90 | 0.00 | 0.00 |
| 052 | MUTUAL MANAGEMENT SERVICES | 1,773.89 | 17.74 | 0.00 | 0.00 |
| 054 | ILLINOIS DEPT OF EMPLOYMENT SECURITY | 652.00 | 6.52 | 0.00 | 0.00 |
| 055 | SECURITY FINANCE | 438.63 | 4.39 | 0.00 | 0.00 |
| 056 | ROCKFORD MERCANTILE AGENCY INC | 490.80 | 4.91 | 0.00 | 0.00 |
| 057 | MUTUAL MANAGEMENT SERVICES | 220.00 | 2.20 | 0.00 | 0.00 |
| 058 | MUTUAL MANAGEMENT SERVICES | 37.50 | 0.37 | 0.00 | 0.00 |
| 059 | MUTUAL MANAGEMENT SERVICES | 3,073.75 | 30.74 | 0.00 | 0.00 |
| | Total Unsecured | 20,737.79 | 207.39 | 0.00 | 0.00 |
| | Grand Total: | 47,392.29 | 23,178.74 | 16,168.50 | 2,855.33 |

Total Paid Claimant:  $19,023.83
Trustee Allowance:    $1,306.17
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008            By  /s/Heather M. Fagan